UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| VIATEK CONSUMER PRODUCTS GROUP, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HUA FANG USA, LLC, )<br>)<br>Defendant. ) | Civil Action No.: _____ |

## DEFENDANT'S NOTICE OF REMOVAL

Removing Party Hua Fang USA, LLC ("Hua Fang"), respectfully shows this Court:

1. Plaintiff Viatek Consumer Products Group, Inc. ("Viatek") filed a Complaint dated February 6, 2018 in the Hamilton County, Tennessee, Chancery Court styled *Viatek Consumer Products Group, Inc. v. Hua Fang USA, LLC*, Case No. 18-0066 ("Complaint"). A Summons was issued, and Defendant has now been served with a copy of the Complaint.

2. Removal to this Court is proper under 28 U.S.C. §§ 1441(a), 1331 and 1332 because the Complaint raises federal questions and because there is diversity between Plaintiff and Defendant and, upon information and belief, the amount in controversy exceeds $75,000.00, excluding interest, costs, and attorneys' fees.

    (a) <u>Federal Question</u>. The Complaint asserts numerous claims under the Lanham Act 15 U.S.C. § 1051, *et seq.*, particularly § 1125. The Complaint also asserts claims allegedly arising under state law that form the same case or controversy as the facts offered in support of the federal claims and are therefore within this Court's supplemental jurisdiction under 28 U.S.C. § 1367.

(b) <u>Diversity.</u> The Plaintiff and Defendant have diverse citizenship: Florida/Tennessee versus New York.

    (1) Plaintiff Viatek is a Florida corporation, with its principal place of business in Chattanooga, TN (Complaint, ¶2).

    (2) Defendant Hua Fang is a New York corporation with its principal place of business in New York, New York (Complaint, ¶3).

(c) <u>Dollar amount.</u> Upon information and belief, Plaintiff will claim monetary damages in excess of $75,000.00. (*E.g.*, Complaint, Prayer ¶ 7).

3. Defendant's Removal is Timely Under 28 U.S.C. § 1446(b). 28 U.S.C. § 1446(b) affords a defendant the power to remove an action filed in state court "within thirty days after receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based...." See 28 U.S.C. § 1446(b). Defendant was served with a copy of the Complaint for the first time on March 14, 2018, and Defendant has removed this action within 30 days thereof.

4. Under 28 U.S.C. § 1446(a), Defendant has attached hereto a copy, Collective Exhibit A, of the original Complaint and the Summons served upon the Defendant and all pleadings and papers filed to date by the parties in the state court action.

5. In accord with 28 U.S.C. § 1446(d), Defendant is filing a copy of this Notice of Removal with the Clerk and Master of the Chancery Court of Hamilton County, Tennessee.

6. All Defendants who have been properly joined and served join in and consent to the removal of this case to federal court, per 28 U.S.C. § 1446(b)(2)(A).

7. Under 28 U.S.C. § 1441(a), this Court is the United States District Court embracing the place where the foregoing action is pending.

WHEREFORE, Defendant Hua Fang requests the above-captioned action be removed from the Chancery Court of Hamilton County, Tennessee, to the United States District Court for the Eastern District of Tennessee, Chattanooga Division.

Dated this 13th day of April, 2018.

    Respectfully submitted,

    CHAMBLISS, BAHNER & STOPHEL, P.C.

    By: */s/ John G. Jackson*
    John G. Jackson (BPR No. 013840)
    Nathan L. Kinard (BPR No. 035721)
    Liberty Tower
    605 Chestnut Street, Suite 1700
    Chattanooga, TN 37450
    Telephone: (423) 756-3000
    Facsimile: (423) 265-9574
    jjackson@chamblisslaw.com

    COZEN O'CONNOR
    David B. Sunshine, *pro hac vice application to be submitted*
    277 Park Avenue
    New York, New York 10172
    Telephone: (212) 883-4911
    Facsimile: (866) 812-3650
    dsunshine@cozen.com

    Attorneys for Defendant

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and exact copy of the foregoing *Defendant's Notice of Removal* has been served upon opposing counsel of record via United States first-class mail, postage prepaid and properly addressed as follows:

> J. Scott McDearman
> Mathew D. Brownfield
> Thomas M. Gautreaux
> 633 Chestnut Street, Suite 900
> Chattanooga, TN 37450

This 13th day of April, 2018.

                                                */s/ John G. Jackson*
                                                John G. Jackson

4
Case 1:18-cv-00063-HSM-CHS    Document 1    Filed 04/13/18    Page 4 of 4    PageID #: 4

27286_00/1801/JGJ-3292661_1